# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT, ) | 1:08-CV-00205 AWI GSA HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | APPOINTMENT OF COUNSEL AND |
| v. ) | DISMISSING MOTION FOR CERTIFICATE |
| ) | OF APPEALABILITY |
| ) | |
| B. MCAFEE, et al., ) | [Doc. # 17] |
| ) | |
| Respondents. ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 17, 2008, Petitioner filed a motion for appointment of counsel and motion for certificate of appealability. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Judgment was entered on March 10, 2008, and the

1  matter before this Court is terminated. Inasmuch as this Court has already declined to issue a
2  certificate of appealability in this case, Petitioner's motion for a certificate is moot.   This action
3  has already been transferred to the Ninth Circuit.
4      Accordingly, Petitioner's request for appointment of counsel is DENIED, and his motion
5  for certificate of appealability is DENIED as moot.

7  IT IS SO ORDERED.
8  **Dated:   April 7, 2008**                                  **/s/ Anthony W. Ishii**
                                                                  UNITED STATES DISTRICT JUDGE